No. 85–1750. S/S SALVADOR ET AL. *v.* BERISFORD METALS CORP. C. A. 2d Cir. Motions of Inter-American Freight Conference, Star Shipping A/S, and American President Lines, Ltd., for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE WHITE would grant certiorari. ▉▉▉▉▉▉▉